# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re RETROPHIN, INC. Securities Litigation** | **No.**: 1:14-cv-08376-PKC <br><br> <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO:** | N<small>OTICE OF</small> A<small>PPEARANCE FOR</small> I<small>AN</small> S<small>HAPIRO</small> |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ian Shapiro of Cooley LLP, 1114 Avenue of the Americas, New York, New York, 10036, telephone number (212) 479-6000 and facsimile number (212) 479-6275, hereby enters his appearance as counsel of record on behalf of Defendant Retrophin, Inc.

Dated:   February 17, 2015        COOLEY LLP

*/s Ian Shapiro*
Ian Shapiro
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendants* RETROPHIN, INC.

112981954