# POMERANTZ LLP

Attorneys at Law

Jeremy A. Lieberman
jalieberman@...

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-15

600 Third Avenue, 20th Floor
New York, New York 10016
T: 212.661.1100  F: 212.661.8665

February 13, 2015

*Application granted. SO ORDERED. [signature] USDJ 2-18-15*

**VIA ECF:**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

**MEMO ENDORSED**

    Re:    *Kazanchyan v. Retrophin, Inc., et al.*, No. 1:14-cv-08376-PKC
            **Request for Extension of Time**

Dear Judge Castel:

    We are lead counsel for Lead Plaintiff in the above-captioned action. We write pursuant to Rule 1(C) of your Honor's Individual Rules of Practice to request an extension of time to file Lead Plaintiff's First Amended Consolidated Complaint (the "Complaint"), which is currently due on February 24, 2015 (*i.e.*, 14 days from the date of the Order appointing Lead Plaintiff) (Dkt. No. 11). Lead Plaintiff respectfully requests a short seven day extension, causing the Complaint to be due on March 3, 2015.

    This is Lead Plaintiff's first request for an extension. The extension is being requested due to the primary partner on this matter being out of town currently on a previously-scheduled vacation, as well as the intervening President's Day holiday. Defendants have consented to this request.

    We are available at the Court's convenience to address any questions or concerns.

                                        Respectfully submitted,

                                        */s/ Jeremy A. Lieberman*
                                        Jeremy A. Lieberman
                                        POMERANTZ LLP

cc: All counsel of record (via ECF)