# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RETROPHIN, INC. Securities Litigation | Case No. 1:14-cv-08376-PKC |
| **THIS DOCUMENT RELATES TO:** | **CLASS ACTION** |
| **All Actions** | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Murielle J. Steven of Pomerantz LLP, who is admitted to the bar of this Honorable Court, hereby enters an appearance as counsel in the above-captioned action on behalf of Lead Plaintiff Grachya Kazanchyan and requests that she be noticed electronically with all future pleadings at mjsteven@pomlaw.com.

Dated:   New York, New York
         February 19, 2015

                                              **POMERANTZ LLP**

                                        */s/ Murielle J. Steven*
                                        Murielle J. Steven
                                        600 Third Avenue
                                        New York, New York 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (212) 661-8665
                                        Email:  mjsteven@pomlaw.com

                                        *Counsel for Lead Plaintiff*