UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
GRACHYA KAZANCHYAN, et al,                                     :
                                                               :
               Plaintiff,                                    :
                                                               :
               - against -                                  :      Civil Action No. 14-cv-8376
                                                               :
RETROPHIN, INC., MARTIN SHKRELI,                               :
MARC L. PANOFF, AND JEFFREY PALEY                              :
al ,                                                           :
                                                               :
               Defendants.                                   :
                                                               :
--------------------------------------------------------------X

## NOTICE OF APPEARANCE

      Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendant Jeffrey Paley.

Dated:  February 20, 2015
        New York, New York

WILLKIE FARR & GALLAGHER LLP

By: _____
    Tariq Mundiya (tmundiya@willkie.com)
    Benjamin P. McCallen (bmccallen@willkie.com)
    787 Seventh Avenue
    New York, New York  10019
    (212) 728-8000

Attorneys for Jeffrey Paley