UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff,<br><br>In re RETROPHIN, INC. Securities Litigation<br><br>-v-<br><br>Defendant. | Case No. 14-cv-08376-PKC<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Retrophin, Inc.                                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

According to a Form 13F filed with the Securities and Exchange Commission on February 6, 2015, Jennison Associates LLC, a wholly-owned subsidiary of Prudential Financial, Inc., owns 10% or more of Defendant Retrophin, Inc.'s stock.

**Date:** February 20, 2015

_Ian Shapiro_ / with permission PrA
**Signature of Attorney**

**Attorney Bar Code:** 4002408

Form Rule7_1.pdf   SDNY Web 10/2007