UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re RETROPHIN, INC. Securities Litigation | Case No. 14-Cv.08376 (PKC) |
| ------------------------------------------------------------- | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| All Actions | |

-------------------------------------------------------------X

  PLEASE TAKE NOTICE that Bret A. Finkelstein hereby appears on behalf of Defendant Martin Shkreli in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
    March 17, 2015

              ARNOLD & PORTER LLP

              By: /s/ Bret A. Finkelstein
                Bret A. Finkelstein
              399 Park Avenue
              New York, New York 10022
              Telephone: (212) 715-1000
              Facsimile:  (212) 715-1399
              *Bret.Finkelstein@aporter.com*

              *Attorneys for Defendant Martin Shkreli*