UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                             :
In re RETROPHIN, INC. Securities Litigation  :   Case No. 14-cv-08376 (PKC)
                                             :
------------------------------------------- :
                                             :
                                             :   CLASS ACTION
THIS DOCUMENT RELATES TO:                    :
                                             :   **NOTICE OF APPEARANCE**
ALL ACTIONS                                  :
                                             :
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel of record in this case for defendant Marc Panoff.

I certify that I am admitted to practice before this Court.


Dated:  New York, New York                SULLIVAN & WORCESTER LLP
        May 5, 2015

                                                              By: /s/Andrew T. Solomon
                                                                   Andrew T. Solomon
1633 Broadway, 32nd Floor
New York, NY  10019
(T) 212-660-3000
(F) 212-660-3001
asolomon@sandw.com

*Attorneys for defendant Marc Panoff*