```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-13-15
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-15
```

Copies K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RETROPHIN, INC. Securities Litigation | No.: 1:14-cv-08376-PKC<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRE-MOTION LETTERS |

On March 3, 2015, Lead Plaintiff filed the First Amended Consolidated Complaint ("FACC"). On March 4, 2015, the Court endorsed a stipulation and order requiring defendants Retrophin, Marc L. Panoff, and Jeffrey Paley to file any pre-motion letter(s) on or before March 31, 2015 (ECF No. 19). Under the stipulation, Lead Plaintiff's response to the pre-motion letter(s) is due April 7, 2015, and an initial pretrial conference will occur on April 23, 2015 at 11:30 AM.

Subsequent to the filing of that stipulation and order, all the other defendants have waived service of process. Defendant Martin Shkreli must respond to the FACC on or before May 12, 2015 (ECF No. 23). Defendants Steve Richardson, Stephen Aselage, and Cornelius E. Golding must respond to the FACC on or before May 15, 2015. All the Defendants will likely move to dismiss the FACC, and thus under Rule 2A of the Court's individual rules of practice will be required to file pre-motion letters.

Now that all Defendants have waived service of process, the parties have agreed that it would be desirable to consolidate the schedule for submitting and responding to the

*In responding to the pre-motion letters of various defendants, Lead Plaintiff should state unequivocally whether Lead Plaintiff wishes to stand on the First Amended Complaint or wishes to amend to address the purported deficiencies in the pre-motion letters.*

SO ORDERED.
/s/ [signature], USDJ
5-11-15