UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE RETROPHIN, INC. SECURITIES LITIGATION,

                              14-cv-8376 (PKC)

                              ORDER

-----------------------------------------------------------------x

CASTEL, District Judge:

        I have reviewed the parties' pre-motion letter and response. The plaintiff elects to stand on the existing complaint, except for the dismissal of Defendant Jeffrey Paley. Defendant Paley is dismissed without prejudice.

        Defendants may file their motion provided they do so by June 26, 2015. Plaintiff may respond by July 27, 2015 and defendants may reply by August 14, 2015.

        The June 4 conference is vacated.

        SO ORDERED.

                                                    P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       May 22, 2015