**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re RETROPHIN, INC. Securities Litigation** _____ **This Document Relates To:** **ALL ACTIONS** | Case No. 1:14-cv-08376-PKC |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Justin S. Nematzadeh of Pomerantz LLP, who is admitted to the bar of this Honorable Court, hereby enters an appearance as counsel in the above-captioned action on behalf of Lead Plaintiff Grachya Kazanchyan and requests that he be noticed electronically with all future pleadings at jnematzadeh@pomlaw.com.

Dated: June 25, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Justin S. Nematzadeh*
　　　　　　　　　　　　　　　　　　　　　Justin S. Nematzadeh
　　　　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 661-1100
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 661-8665
　　　　　　　　　　　　　　　　　　　　　Email: jnematzadeh@pomlaw.com