UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
: 
In re RETROPHIN, INC. Securities Litigation
:
          INDEX No. 1:14-cv-08376-PKC
:
THIS DOCUMENT RELATES TO:          CLASS ACTION
:
ALL ACTIONS
------------------------------------- X

**NOTICE OF MOTION TO DISMISS**

     PLEASE TAKE NOTICE that Defendants Retrophin, Inc., Stephen Aselage, Steven Richardson, and Cornelius Golding, by and through undersigned counsel, respectfully move this Court to dismiss Plaintiffs' First Amended Consolidated Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, *et seq*.  The grounds for this Motion are set forth in the accompanying Memorandum of Law and Declaration of Ian Shapiro.

Dated:  June 26, 2015          Respectfully Submitted,

          By:  */s/ Ian Shapiro*
              Ian Shapiro (IRS-5120)

          COOLEY LLP
          1114 AVENUE OF THE AMERICAS
          NEW YORK, NY  10036
          (212) 479-6000
          ishapiro@cooley.com

          *Attorney for Defendants Retrophin, Inc.,*
          *Stephen Aselage, Steven Richardson, and*
          *Cornelius Golding*