

Ian Shapiro
+1 212 479 6441
ishapiro@cooley.com

June 26, 2015

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>Re: In re Retrophin, Inc. Securities Litigation, No. 14-cv-08376</u>

Dear Judge Castel:

On behalf of Defendants Retrophin, Inc., Stephen Aselage, Steven Richardson, and Cornelius Golding (the "Defendants"), we respectfully request oral argument in connection with the Defendants' Motion to Dismiss the First Amended Consolidated Complaint, filed in this Court on June 26, 2015.

Sincerely,

*/s/ Ian Shapiro*