UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                            :
In re RETROPHIN, INC. Securities Litigation :   Case No. 14-cv-08376 (PKC)
                                            :
------------------------------------------- :
                                            :
                                            :   CLASS ACTION
THIS DOCUMENT RELATES TO:                   :
                                            :   **NOTICE OF MOTION**
ALL ACTIONS                                 :
                                            :
------------------------------------------- x

     PLEASE TAKE NOTICE that, upon the Declaration of Andrew T. Solomon dated June 26, 2015, the exhibits thereto, and the accompanying Memorandum of Law dated June 26, 2015, defendant Marc Panoff ("Panoff") will move this Court, before the Honorable P. Kevin Castel, in Courtroom 11D of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order dismissing the First Amended Complaint for Violation of the Federal Securities Laws pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure as against Panoff, and for such further relief as the Court may deem just and proper.

     Please take further notice that pursuant to Judge Castel's order dated May 26, 2015 opposition papers must be filed no later than July 27, 2015 and reply papers no later than August 14, 2015.

Dated:  New York, New York                SULLIVAN & WORCESTER LLP
           June 26, 2015

                                                      By: /s/ Andrew T. Solomon
                                                           Andrew T. Solomon
                                                           Paul E. Summit
                                              1633 Broadway
                                              New York, New York 10019
                                              Telephone: (212) 660-3000
                                              Facsimile: (212) 660-3001

                                              *Attorneys for Defendant Marc Panoff*

To:  Attached Service List

**SERVICE LIST**

Francis Paul McConville
Jeremy Alan Lieberman
Patrick Vincent Dahlstrom
Murielle Jacqueline Steven
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: (212) 661-1100
Fax:    (212) 661-8665
fmcconville@labaton.com
jalieberman@pomlaw.com
pdahlstrom@pomlaw.com
mjsteven@pomlaw.com

*Attorneys for Plaintiffs Grachya Kazanchyan and Justin Sandler*

Justin Solomon Nematzadeh
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Services Road, Suite 200
Melville, NY 11747
Phone: 631-367-7100
Fax: 631-367-1173
jnematzadeh@pomlaw.com

*Attorneys for Plaintiff Grachya Kazanchyan*

Ian Ross Shapiro
COOLEY LLP (NY)
1114 Avenue of the Americas
New York, NY 10036
Phone: 212-474-1226
Fax:    212 479-6275
ishapiro@cooley.com

*Attorneys for Defendants Retrophin, Inc., Steve Richardson, Stephen Aselage, and Cornelius E. Golding*

Bret A. Finkelstein
Daniel Marcus Friedman
Elissa J Preheim
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 715-1184
Fax:    (212)-715-1399
bret.finkelstein@aporter.com
daniel.friedman@aporter.com
elissa.preheim@aporter.com

*Attorneys for Defendant Martin Shkreli*

Tariq Mundiya
WILLKIE FARR & GALLAGHER LLP (NY)
787 Seventh Avenue
New York, NY 10019
Phone: (212) 728-8000
Fax:    (212) 728-8111
maosdny@willkie.com

*Attorneys for Jeffrey Paley*

2