UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

In re Retrophin, Inc. Securities
Litigation

Case No. 1:14-cv-08376-PKC

- - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO
ALL ACTIONS
-----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Justin S. Nematzadeh
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JN2896          My State Bar Number is 4684940

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Robbins Geller Rudman & Dowd LLP
            FIRM ADDRESS: 58 South Services Road, Suite 200, Melville, NY 1174
            FIRM TELEPHONE NUMBER: 631-367-7100
            FIRM FAX NUMBER: 631-367-1173

NEW FIRM:   FIRM NAME: Pomerantz LLP
            FIRM ADDRESS: 600 Third Avenue, 20th Floor, New York, New York
            FIRM TELEPHONE NUMBER: 212-661-1100
            FIRM FAX NUMBER: 212-661-8665

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 29, 2015

_____
ATTORNEY'S SIGNATURE