

**Murielle Steven Walsh**
Partner

July 27, 2015

**VIA ECF:**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

    Re:    *In re Retrophin Inc. Securities Litigation,* No. 1:14-cv-08376-PKC

            **Request for Oral Argument**

Dear Judge Castel:

    On behalf of Lead Plaintiff in the above-referenced action, we respectfully request oral argument in connection with the Defendants' Motions to Dismiss the First Amended Consolidated Complaint, which were filed in this Court on June 26, 2015.

                                      Respectfully submitted,

                                      Murielle Steven Walsh

cc:    All counsel of record (via ECF)

mjsteven@pomlaw.com
600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com
NEW YORK          CHICAGO          LOS ANGELES          WESTON, FL
325