Castel, J

In view of the mediation, I will extend the date for filing the reply brief from August 14 to October 14. Application otherwise DENIED.

SO ORDERED
[signature] USDJ
8-12-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
In re RETROPHIN, INC. Securities Litigation :
:
: INDEX No. 1:14-cv-08376-PKC
_____ :
: CLASS ACTION
THIS DOCUMENT RELATES TO: :
:
ALL ACTIONS :
:
---------------------------------------- X

STIPULATION AND ~~PROPOSED~~ ORDER TO STAY THE ACTION PENDING PRIVATE MEDIATION

On March 3, 2015, the Lead Plaintiff filed the First Amended Consolidated Complaint ("FACC") for violations of the federal securities laws against Defendants Retrophin, Inc., Martin Shkreli, Marc L. Panoff, Steven Richardson, Stephen Aselage, and Cornelius E. Golding (collectively, the "Defendants").[1]

On June 26, 2015, the Defendants filed motions to dismiss the FACC in its entirety (the "Motions to Dismiss"). On July 27, 2015, Lead Plaintiff filed an omnibus opposition to the Defendants' Motions to Dismiss.

Since then, counsel for the parties have met and conferred, and have agreed, in an effort to resolve this dispute, to attend a private mediation, which is scheduled to occur on September 21, 2015 before Jed D. Melnick, Esq.

The parties further agree that judicial resources would be best served if this action is stayed until the conclusion of the mediation.

---

[1] The FACC also named Jeffrey Paley as a defendant. This Court dismissed Paley by order of May 26, 2015.

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-15

THEREFORE, in order to conserve party and judicial resources, the parties jointly move and stipulate as follows:

This action shall be stayed until September 23, 2015, at which point the parties shall submit a joint letter to the Court advising the Court of the status of the mediation and whether the parties believe that briefing on the Defendants' Motions to Dismiss should resume.

Dated: August 3, 2015                          Respectfully submitted,

*Murielle Walsh (SBT)*
POMERANTZ LLP
Jeremy A. Lieberman
Murielle J. Steven Walsh
Justin Solomon Nematzadeh
600 Third Avenue, 20th Floor
New York, New York 10016
212-661-1100
*Attorneys for Plaintiffs*

*Ian Shapiro (SBT)*
COOLEY LLP
Ian Ross Shapiro
1114 Avenue of the Americas
New York, NY 10036
212-474 1226
*Attorney for Defendants Retrophin, Inc., Stephen Aselage, Cornelius Golding, and Steven Richardson*

*Elissa Preheim (SBT)*
ARNOLD & PORTER LLP
Elissa J. Preheim
Scott B. Schreiber
Daniel M. Friedman
555 Twelfth Street, NW
Washington, DC 20004
202-942-5000

Mark R. Sylvester
399 Park Avenue
New York, NY 10022-4690
212-715-1000
*Attorneys for Defendant Martin Shkreli*

*Andrew Solomon (SBT)*
SULLIVAN & WORCESTER LLP
Andrew T. Solomon
Paul E. Summit
1633 Broadway, 32nd Floor
New York, NY 10019
212-660-3000
*Attorneys for Defendant Marc Panoff*

SO ORDERED: _____
                    Hon. P. Kevin Castel