UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
:
:
In re RETROPHIN, INC. Securities Litigation   :
:   Civil Action No. 14-cv-08376
:   (PKC)
:
THIS DOCUMENT RELATES TO:   :   CLASS ACTION
:
All Actions   :   **NOTICE OF APPEARANCE**
:
:
---------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Mark R. Sylvester hereby respectfully appears on behalf of Defendant Martin Shkreli in the above-referenced action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       September 28, 2015

ARNOLD & PORTER LLP

By:   /s/ Mark R. Sylvester
    Mark R. Sylvester
    399 Park Avenue
    New York, NY  10022
    Tel:  (212) 715-1000
    Mark.sylvester@aporter.com