UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                                  :
                                                                  :
In re RETROPHIN, INC. Securities Litigation   :
                                                                  :
_____ :   Civil Action No. 14-cv-08376 (PKC)
                                                                  :
THIS DOCUMENT RELATES TO:            :   CLASS ACTION
                                                                  :
All Actions                                                  :
                                                                  :   **NOTICE OF CHANGE OF ADDRESS**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X


**PLEASE TAKE NOTICE** that the Washington, D.C. office of Arnold & Porter LLP has relocated.  Effective immediately, all pleadings and other papers served on Defendant Martin Shkreli should be directed to Elissa J. Preheim and Daniel Marcus Friedman at their new address set forth below:

> Elissa J. Preheim
> Daniel Marcus Friedman
> Arnold & Porter LLP
> 601 Massachusetts Ave., NW
> Washington, D.C. 20001
> Telephone:  (202) 942-5000
> Facsimile:  (202) 942-5999

Dated:  September 28, 2015				ARNOLD & PORTER LLP


By:   /s/ Mark R. Sylvester
Mark R. Sylvester
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022

Elissa J. Preheim
Daniel Marcus Friedman
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Defendant Martin Shkreli