UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
:
:
In re RETROPHIN, INC. Securities Litigation  :
: Civil Action No. 14-cv-08376
: (PKC)
:
THIS DOCUMENT RELATES TO: : CLASS ACTION
:
All Actions : **MOTION FOR WITHDRAWAL**
: **OF APPEARANCE**
:
----------------------------------------------------------- X

  **PLEASE TAKE NOTICE** that Bret Finkelstein hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Defendant Martin Shkreli.  I am moving firms to Lane Powell PC in Seattle, but the law firm of Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli and no delay in the progress of this action will result from this withdrawal.  I am not asserting a retaining or charging lien in this action.

Dated: New York, New York       ARNOLD & PORTER LLP
   September 28, 2015

                 By:   /s/ Bret A. Finkelstein
                    Bret A. Finkelstein
                    399 Park Avenue
                    New York, NY  10022
                    Tel:  (212) 715-1000