**MEMO ENDORSED**

December 1, 2015

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-7-15

*[Handwritten endorsement:] All proceedings in furtherance of settlement are stayed, except that a notice of settlement by File notice by Jan 7, 2016. SO ORDERED. [signed] USDJ 12-7-15*

Re: In re Retrophin, Inc. Securities Litigation, No. 14-cv-8376

Dear Judge Castel:

We write jointly to notify the Court that Lead Plaintiff Grachya Kazanchyan and Defendants Retrophin, Inc., Martin Shkreli, Marc Panoff, Steven Richardson, Stephen Aselage, Cornelius Golding, and Jeffrey Paley have agreed to a comprehensive settlement of all claims asserted in this matter against Defendants, subject to the approval of the Court. The parties will prepare a formal stipulation of settlement and file a motion for preliminary approval of the settlement by January 7, 2016. The parties therefore respectfully request that the Court not take any further actions relating to Defendants' Motions to Dismiss, pending a hearing on a motion for preliminary approval of the settlement.

Respectfully submitted,

*Murielle Walsh /SBT with permission*
Jeremy A. Lieberman
Murielle J. Steven Walsh
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
212-661-1100
*Attorneys for Lead Plaintiff*

*Ian Shapiro /SBT*
Ian Ross Shapiro
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
212-474 1226
*Counsel for Defendants Retrophin, Inc., Stephen Aselage, Cornelius Golding, and Steven Richardson*

*Elissa Preheim /SBT*
Elissa J. Preheim
ARNOLD & PORTER LLP
601 Massachusetts Ave, N.W.
Washington, DC 20001
202-942-5000
*Counsel for Defendant Martin Shkreli*

*Andrew Solomon /SBT*
Andrew T. Solomon
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, NY 10019
212-660-3000
*Counsel for Defendant Marc Panoff*