January 6, 2016

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>In re Retrophin, Inc. Securities Litigation, No. 14-cv-8376</u>

Dear Judge Castel:

      We write jointly to update the court on the status of the settlement documents in the above captioned matter.  By letter dated December 1, 2015, we informed the Court that we expected to file a formal stipulation of settlement and motion for preliminary approval of the settlement by January 7, 2016.  Despite the parties' best efforts, some details of the settlement documents remain to be finalized.  Accordingly, with the Court's permission, the parties will continue to work diligently to complete and submit the settlement documents to the Court on or before January 21, 2016.

Respectfully submitted,

_Murielle Steven Walsh /sBT_
Jeremy A. Lieberman
Murielle J. Steven Walsh
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
212-661-1100
*Attorneys for Lead Plaintiff*

_Ian Ross Shapiro /sBT_
Ian Ross Shapiro
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
212-474 1226
*Counsel for Defendants Retrophin, Inc.,
Stephen Aselage, Cornelius Golding, and
Steven Richardson*

_Elissa Preheim /sBT_
Elissa J. Preheim
ARNOLD & PORTER LLP
601 Massachusetts Ave, N.W.
Washington, DC 20001
202-942-5000
*Counsel for Defendant Martin Shkreli*

_Andrew Solomon /sBT_
Andrew T. Solomon
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, NY 10019
212-660-3000
*Counsel for Defendant Marc Panoff*