UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                                                    :

In re RETROPHIN, INC. Securities Litigation  :

                                                                                    : Civil Action No. 14-cv-08376
                                                                                    : (PKC)
                                                                                    :

THIS DOCUMENT RELATES TO:          : CLASS ACTION
                                                                                     :

All Actions                                            : **NOTICE OF APPEARANCE**
---------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Kathleen A. Reilly hereby respectfully appears on behalf of Defendant Martin Shkreli in the above-referenced action, certifies that she is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
         January 7, 2016

ARNOLD & PORTER LLP

By:    /s/ Kathleen A. Reilly
      Kathleen A. Reilly
      399 Park Avenue
      New York, NY 10022
      Tel: (212) 715-1000
      Kathleen.Reilly@aporter.com