UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------  X
                                                      :
                                                      :
                                                      :
In re RETROPHIN, INC. Securities Litigation           :
                                                      :   Civil Action No. 14-cv-08376
_____           :   (PKC)
                                                      :
THIS DOCUMENT RELATES TO:                             :   CLASS ACTION
                                                      :
All Actions                                           :   MOTION FOR WITHDRAWAL
                                                      :   OF APPEARANCE_____
                                                      :
----------------------------------------------------  X
```

**PLEASE TAKE NOTICE** that I, Mark R. Sylvester, hereby respectfully request permission to withdraw my appearance in the above-referenced action on behalf of Defendant Martin Shkreli. I am leaving the law firm of Arnold & Porter LLP, but Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli, and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated:  New York, New York          ARNOLD & PORTER LLP
        January 7, 2016

                                    By:    /s/ Mark R. Sylvester
                                           Mark R. Sylvester
                                           399 Park Avenue
                                           New York, NY  10022
                                           Tel:  (212) 715-1000