UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
: 
In re RETROPHIN, INC. Securities Litigation :
: Civil Action No. 14-cv-08376
: (PKC)
: 
THIS DOCUMENT RELATES TO: : CLASS ACTION
: 
All Actions : **MOTION FOR WITHDRAWAL**
: **OF APPEARANCE**
: 
---------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that I, Daniel M. Friedman, hereby respectfully request permission to withdraw my appearance in the above-referenced action on behalf of Defendant Martin Shkreli.  I am leaving the law firm of Arnold & Porter LLP, but Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli, and no delay in the progress of this action will result from this withdrawal.  I am not asserting a retaining or charging lien in this action.

Dated: New York, New York            ARNOLD & PORTER LLP
        January 7, 2016

                                                 By:   /s/ Daniel M. Friedman
                                                       Daniel M. Friedman
                                                       601 Massachusetts Ave. NW
                                                       Washington, DC 20001
                                                       Tel:  (202) 942-5000