UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Retrophin, Inc. Securities Litigation | 1:14-cv-08376-PKC<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Grachya Kazanchyan, on behalf of himself and the Class, respectfully moves this Court, under Rule 23(e), for an order (the "Preliminary Approval Order"):

(1) preliminarily approving the settlement set forth in the Stipulation of Settlement dated January 29, 2016 (the "Stipulation"), resolving this Action against all Defendants in exchange for a payment of $3 million for the benefit of the Class (the "Settlement");

(2) preliminarily certifying a class, for settlement purposes only, of all persons who purchased or otherwise acquired the securities of Retrophin, Inc. ("Retrophin") between June 13, 2013 and September 30, 2014, both dates inclusive;

(3) appointing Strategic Claims Services as Claims Administrator;

(4) approving the form and manner of disseminating notice to the Class;

(5) scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses; and

(6) setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, and the filing of objections and papers in support of the settlement.

In support of the motion, Plaintiffs are contemporaneously filing Plaintiffs' Memorandum of Law in Support of Preliminary Approval of Class Action Settlement and the Declaration of Murielle J. Steven Walsh, with exhibits thereto. Defendants do not oppose the motion.

Dated: January 29, 2016       Respectfully submitted,

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Murielle J. Steven Walsh
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

*Attorneys for Plaintiffs*