UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Retrophin, Inc. Securities Litigation

1:14-cv-08376-PKC

<u>CLASS ACTION</u>

<u>DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>

I, Murielle J. Steven Walsh, declare pursuant to 228 U.S.C. § 1746:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz") and am listed as counsel of record for Lead Plaintiff. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. I have personal knowledge of the facts set forth herein.

3. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Stipulation of Settlement dated January 29, 2016 (the "Stipulation") |
| Exhibit B: | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") |
| Exhibit C: | Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice") |
| Exhibit D: | Notice of Pendency and Settlement of Class Action ("Publication Notice") |
| Exhibit E: | Proof of Claim and Release |

1

Exhibit F: [Proposed] Final Judgment and Order of Dismissal with Prejudice (the "Judgment")

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: January 29, 2016            Respectfully submitted,

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman
Murielle J. Steven Walsh
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016

*Attorneys for Plaintiffs*