```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-3-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RETROPHIN, INC. SECURITIES LITIGATION | Case No. 1:14-cv-08376 (PKC) <br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CONSENT ORDER FOR SUBSTITUTION OF COUNSEL |

    IT IS HEREBY STIPULATED AND AGREED, per the Declaration of Elissa J. Preheim, in Support of the Proposed Consent Order for Substitution of Counsel, that the former counsel for Defendant Martin Shkreli, Arnold & Porter LLP, be replaced by new counsel, Fox Rothschild LLP, as set forth below, who will be substituted as counsel and enter a Notice of Appearance on Defendant's behalf in this case.

| Former Counsel | New Counsel |
|---|---|
| Elissa J. Preheim <br> Arnold & Porter LLP <br> 601 Massachusetts Ave., NW <br> Washington, DC 20001 | Scott L. Vernick <br> Fox Rothschild LLP <br> 2000 Market St., 20th Floor <br> Philadelphia, PA 19103 <br> (pro hac vice application to be submitted) <br><br> William H. Stassen <br> Fox Rothschild LLP <br> 2000 Market St., 20th Floor <br> Philadelphia, PA 19103 <br> (pro hac vice application to be submitted) <br><br> John A. Wait (JW 2558) <br> Fox Rothschild LLP <br> 100 Park Avenue <br> Suite 1500 <br> New York NY 10017 |

    THE CLERK IS FURTHER ORDERED to mark Fox Rothschild LLP as substituted counsel for Arnold & Porter LLP on the court docket.

Date:

THE HON. P. KEVIN CASTEL
U.S.D.J.

2-3-16

CONSENTED TO BY:

Martin Shkreli
Defendant

Elissa J. Preheim
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001

*Former Counsel for Defendant Shkreli*

John A. Wait
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York NY 10017

*New Counsel to be Substituted in for Defendant Shkreli*