UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACHYA KAZANCHYAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>RETROPHIN, INC. et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:14-cv-08376-PKC |

### NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that John A. Wait, Esq., of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Defendant Martin Shkreli, to represent him in connection with the above-captioned proceeding. Mr. Wait's address and telephone number are:

> Fox Rothschild LLP
> 100 Park Avenue, 15th Fl.
> New York, NY 10017
> Attn: John A. Wait, Esq.
> Tel: (212) 878-7900
> Fax: (212) 692-0940
> Email: jwait@foxrothschild.com

Dated:　New York, New York
　　　　February 3, 2016

　　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ John A. Wait
　　　　　　　　　　　　　　　　　　　　　　 John A. Wait
　　　　　　　　　　　　　　　　　　　　　　 100 Park Avenue, 15th Fl.
　　　　　　　　　　　　　　　　　　　　　　 New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　 Telephone: (212) 878-7900
　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　 *Martin Shkreli*