|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Granted.<br>SO ORDERED.<br>Dated: Feb. 4, 2016 |

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

----------------------------------------------------------- X
:
In re RETROPHIN, INC. Securities Litigation    :
:   Civil Action No. 14-cv-08376
_____    :   (PKC)
:
THIS DOCUMENT RELATES TO:    :   CLASS ACTION
:
All Actions    :   **MOTION FOR WITHDRAWAL**
:   **OF APPEARANCE**
:
----------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Bret Finkelstein hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Defendant Martin Shkreli.  I am moving firms to Lane Powell PC in Seattle, but the law firm of Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli and no delay in the progress of this action will result from this withdrawal.  I am not asserting a retaining or charging lien in this action.

Dated: New York, New York    ARNOLD & PORTER LLP
           September 28, 2015

By:    /s/ Bret A. Finkelstein
         Bret A. Finkelstein
         399 Park Avenue
         New York, NY  10022
         Tel:  (212) 715-1000