UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Granted.
SO ORDERED.
Dated: Feb. 4, 2016

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

-----------------------------------------------------------  X
:
:
In re RETROPHIN, INC. Securities Litigation   :
:   Civil Action No. 14-cv-08376
:   (PKC)
_____   :
:
THIS DOCUMENT RELATES TO:   :   CLASS ACTION
:
All Actions   :   **MOTION FOR WITHDRAWAL**
:   **OF APPEARANCE**
:
-----------------------------------------------------------  X

**PLEASE TAKE NOTICE** that I, Daniel M. Friedman, hereby respectfully request permission to withdraw my appearance in the above-referenced action on behalf of Defendant Martin Shkreli. I am leaving the law firm of Arnold & Porter LLP, but Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli, and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York
       January 7, 2016

ARNOLD & PORTER LLP

By:   /s/ Daniel M. Friedman
     Daniel M. Friedman
     601 Massachusetts Ave. NW
     Washington, DC 20001
     Tel: (202) 942-5000