|  |  |
|---|---|
|  | GRANTED.<br>SO ORDERED.<br>Dated: Feb. 4, 2016<br><br>*/s/ P. Kevin Castel*<br>P. Kevin Castel<br>United States District Judge |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------- X
:
:
:
In re RETROPHIN, INC. Securities Litigation  :   Civil Action No. 14-cv-08376
:   (PKC)
_____  :
:
THIS DOCUMENT RELATES TO:         :   CLASS ACTION
:
All Actions                                             :   **MOTION FOR WITHDRAWAL**
:   **OF APPEARANCE**
:
\---------------------------------------------------------- X

**PLEASE TAKE NOTICE** that I, Mark R. Sylvester, hereby respectfully request permission to withdraw my appearance in the above-referenced action on behalf of Defendant Martin Shkreli. I am leaving the law firm of Arnold & Porter LLP, but Arnold & Porter LLP will continue to appear on behalf of Defendant Shkreli, and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York            ARNOLD & PORTER LLP
           January 7, 2016

                                                          By:    /s/ Mark R. Sylvester
                                                                 Mark R. Sylvester
                                                                 399 Park Avenue
                                                                 New York, NY  10022
                                                                 Tel:  (212) 715-1000