UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-16.

| | |
|---|---|
| IN RE RETROPHIN, INC., SECURITIES LITIGATION | **1:14-cv-08376-PKC**<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES, EXPENSES, ~~AND LEAD PLAINTIFF AWARD~~

This matter came before the Court for a hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated February 2, 2016, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated January 29, 2016 (the "Stipulation"). This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all Class Members. Due and adequate notice having been given to the Class pursuant to the Notice Order, no objections having been received from Class members, and the Court having considered all papers filed and proceedings held and otherwise being fully informed in the premises,

It is hereby ORDERED that:

1)    The Court hereby awards to Lead Counsel attorneys' fees of $ *750,000.* and reimbursement for litigation expenses in the amount of $ *58,421.79*, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid.

2)    The Court hereby grants an award of $_____ to Lead Plaintiff Grachya Kazanchyan.

3) The amounts awarded shall immediately be paid to Lead Counsel and Lead Plaintiff, subject to the terms and conditions set forth in the Stipulation.

IT IS SO ORDERED.

DATED: 6 -10 -16

P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

{00203543;3 }                                    2